**George Wayne REID, Petitioner-Appellant,**

v.

**A. MANSUKHANI, Warden, Respondent-Appellee.**

No. 17-6797

United States Court of Appeals, Fourth Circuit.

Submitted: August 24, 2017

Decided: August 29, 2017

George Wayne Reid, Appellant Pro Se. Barbara Murcier Bowens, Assistant United States Attorney, Columbia, South Carolina, for Appellee.

Before GREGORY, Chief Judge, and SHEDD and DIAZ, Circuit Judges.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

George Wayne Reid, a federal prisoner, appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on his 28 U.S.C. § 2241 (2012) petition. We have reviewed the record and find no reversible error. Accordingly, although we grant leave to proceed in forma pauperis, we affirm for the reasons stated by the district court. *Reid v. Mansukhani*, No. 5:16-cv-03280-RMG, 2017 WL 2378850 (D.S.C. June 1, 2017). We dispense with oral argument because the facts and legal contentions are

adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*